

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable C. J. Wilde
County Auditor
Nueces County
Corpus Christi, Texas

Dear Sir:

Opinion No. 0-5398
Re: Expenses and salaries of
shorthand court reporters
under the provisions of
House Bill No. 750, Regular
Session, 48th Legislature.

Your letter of June 10, 1943, requesting the opin-
ion of this department on the question stated therein, reads
in part as follows:

"We notice in checking through the various
bills passed by the 48th Legislature, House Bill
#750 has reference to the payment of shorthand re-
porter's salaries and expenses in Judicial Dis-
tricts covering more than one county in which they
operate on a non-continuous term basis. The re-
porter of the Criminal District Court reports, in
Nueces, Kleberg, Cameron, Willacy, and Kenedy Coun-
ties, while the reporter of the 28th District Court
covers Nueces, Kleberg, and Kenedy Counties. Here-
tofore, the salary of above mentioned reporters
has been paid on basis of the number of weeks
served in each county; whereas, the payment of
salaries to be made under House Bill #750 is based
on the population of each of the above mentioned
counties. The following is an analysis of the
payments of salaries on the basis of which said
reporters have been paid prior to June 1st and the
population basis as required by House Bill #750.

| | No. of Court Weeks | Salary | Population | Salary |
|---|---|---|---|---|
| Nueces | 15..... | $ 941.88 | 92,661..... | 1,231.61 |
| Kleberg | 4..... | 251.16 | 13,344..... | 177.33 |

Honorable C. J. Wilde, page 2

| | | | | |
|---|---|---|---|---|
| Cameron | 16...... | 1,004.64 | 83,202...... | 1,105.89 |
| Willacy | 5...... | 313.95 | 13,230...... | 175.85 |
| Kenedy | 3...... | 188.37 | 700...... | 9.32 |
| | 43...... | $2,700.00 | 203,137...... | $2,700.00 |

"In addition to the apparent increase in the amount Nueces County would have to pay, House Bill #750 also states that expenses of the court reporter should be on the population basis also. Article 2326a reads in part as follows:

"'All official shorthand reporters and deputy official shorthand reporters of the District Courts of the State of Texas composed of more than one county, when engaged in the discharge of their official duties in any county in this State other than the county of their residence shall, in addition to the compensation now provided by law for their services, be allowed their actual and necessary expenses while actually engaged in the discharge of such duties,---'

"Said House Bill #750 does not seem to allow for the payment of expenses on the basis of which the court reporter's expenses has been paid heretofore; the expense as shown in House Bill #750 apparently divides the expense among all counties - even that in which the reporter resides. Article 2326a as above quoted mentions 'the discharge of their official duties in any county in this State other than the county of their residence shall,---'. The expenses of said reporters has been paid heretofore by counties other than Nueces County. Are we correct in assuming that House Bill #750 should be interpreted in the same manner in as much as there is no mention made of amending Article 2326a?

"We shall be pleased to receive your interpretation of said expenses and also as to the apparent conflict between Article 2326a and House Bill #750."

House Bill No. 750, Acts of the 48th Legislature, Regular Session, 1943, is an Act "providing for the apportionment

Honorable C. J. Wilde, page 3

of the payment of expenses and salaries of the official court
reporter in all judicial districts having more than one coun-
ty; providing that this does not apply where the terms of
court operate on a continuous term basis; and declaring an
emergency.

"BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF
TEXAS:

"Sec. 1.  In each judicial district in this
State in which the terms of court do not operate on
a continuous term basis and in which there is more
than one county, the salaries and expenses of the
official court reporter shall be paid by the res-
pective counties as provided herein.  Each of the
counties within such district shall pay that por-
tion of the expenses and salaries of the official
court reporter which the population of the county,
according to the last preceding Federal Census, bears
to the total population of the counties comprising
the judicial district.

"Sec. 2.  The fact that under the present law
there is confusion as to the exact apportionment of
the official court reporters' salaries and expenses,
and the fact that in this respect many cases of un-
due financial hardship are encountered by many coun-
ties create an emergency and an imperative public
necessity that the constitutional rule requiring
bills to be read on three several days in each House
be suspended, and said rule is hereby suspended, and
this Act shall take effect and be in force from and
after its passage, and it is so enacted."

It will be noted that this last enactment (House Bill
No. 750) by the Legislature does not expressly repeal Article
2326a, Vernon's Annotated Civil Statutes.  However, the two stat-
utes under consideration herein are in pari materia and their
provisions in such respect cannot be reconciled.  In such cir-
cumstances the older statute will be held to be repealed by im-
plication to the extent of conflict.  The provisions of Article
2326a that are not in conflict with House Bill No. 750 will re-
main in effect.  It is presumed that the Legislature intended to
repeal all laws and parts of laws clearly inconsistent with its

Honorable C. J. Wilde, page 4

later act. (See Texas Jurisprudence, Volume 39, page 145, Section 77, and authorities cited therein.)

In view of House Bill No. 750, supra, it is our opinion that in each judicial district in this State in which the terms of court do not operate on a continuous term basis in which there is more than one county, that the salaries and expenses of the official court reporters shall be paid by the respective counties as follows: Each county within the district shall pay that portion of the expenses and salaries of the official court reporter which the population of the county, according to the last preceding Federal Census, bears to the total population of the counties comprising the judicial district.

25. 1943

ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Ardell Williams

Ardell Williams
Assistant

AW:db

APPROVED
OPINION
COMMITTEE